277 F.2d 161
 COMPAGNIA DI NAVIGAZIONE MAURITIUS ROME, Libelant-Appellee,
v.
Manuel KULUKUNDIS and Intramar, S.A., Respondents-Appellees,
Paragon Oil Company, Inc. and Republic Tankers,
S.A., Respondents-Appellants.
 No. 250, Docket 25941.
 United States Court of Appeals Second Circuit.
 Argued March 7, 1960.
Decided March 24, 1960.
 
 George J. Hammerman, New York City (Eli Ellis, Hill, Betts & Nash, New York City, on the brief), for respondents-appellants.
 Allan A. Baillie, New York City (John H. Thoerner and Nelson, Healy, Baillie & Burke, New York City, on the brief), for libelant-appellee.
 Sheldon A. Vogel, New York City (Bigham, Englar, Jones & Houston, New York City, on the brief), for respondents-appellees.
 Before LUMBARD, Chief Judge, WATERMAN and LEWIS,[1] Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is affirmed on the opinion of Judge Moore, 182 F.Supp. 258.
 
 
 
 [1]
 Sitting by Designation